UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNA LAFLEUR,

        Plaintiff,

v.

ARA APKARIAN, et al.,

        Defendants.

Case No. 19-cv-00897-JST

**ORDER DISMISSING CASE**

Re: ECF No. 9, 12

Magistrate Judge Elizabeth Laporte previously screened Plaintiff Jenna LaFleur's complaint under 28 U.S.C. § 1915, finding that LaFleur failed to state a claim and filing a report and recommendation to dismiss without prejudice. ECF No. 6. LaFleur did not object.

The Court adopted the report in its entirety and dismissed LaFleur's complaint, granting her leave to amend by May 1, 2019. ECF No. 9. The Court cautioned that "[f]ailure to do so, or failure to otherwise comply with this order, will result in dismissal with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which means that LaFleur will not be allowed to pursue this claim any further." *Id.* at 1. On April 30, 2019, LaFleur filed a request for a stay citing unforeseen events, without any further detail. ECF No. 10. Rather than granting an indefinite stay, the Court granted LaFleur an additional 60 days to file an amended complaint, again cautioning that failure to do so would result in dismissal with prejudice. ECF No. 12 at 1. LaFleur did not file a complaint by the July 2, 2019 deadline.

Accordingly, the Court hereby dismisses this case with prejudice pursuant to Federal Rule

\ \ \

\ \ \

\ \ \

of Civil Procedure 41(b).  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  July 11, 2019


_____
JON S. TIGAR
United States District Judge